United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCOS GERALDO VEGA TAPIA,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, MONTGOMERY PROCESSING CENTER, *et al.*,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-cv-03954 |

# ORDER

Upon consideration of the Joint Status Report, the Court finds that the basis for Petitioner Marcos Geraldo Vega Tapia's habeas petition in the instant case, ECF Dkt. No. 1 ("Habeas Petition") is moot. It is hereby:

**ORDERED** that the Habeas Petition be and is hereby **DENIED**. It is further **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

Signed at Houston, Texas on October 15, 2026.

George C. Hanks Jr
HON. GEORGE C. HANKS, JR.
United States District Judge